DocuSign Envelope ID: ACE43844-ADE6-4BBC-9811-AD8EEBF8208C

# CHANGE IN TERMS AGREEMENT

EXHIBIT E

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $20,000,000.00 | 03-27-2019 | 06-27-2024 | REDACTED 2108 | 300 / 40 | AAA2834 | FAL | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** Art Finance Funding (IX) LLC
PO Box 4360
Greenville, DE 19807

**Lender:** Century Bank
Albuquerque Branch
8220 San Pedro NE Suite 200
Albuquerque, NM 87113

**Principal Amount: $20,000,000.00** **Date of Agreement: July 22, 2022**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** Lender is the holder of that certain Promissory Note dated March 27, 2019, in the original principal amount of $10,000,000.00 and any and all Change in Terms Agreements subsequently executed.

**DESCRIPTION OF COLLATERAL.** All Chattel Paper, Accounts and General Intangibles, including but not limited to an Assignment of a Note Receivable as more completely described in the Commercial Security Agreement dated March 27, 2019, together with all modifications of, consolidations of, additions to, replacements of and substitutions of the collateral.

**DESCRIPTION OF CHANGE IN TERMS.** Borrower and Lender hereby agree to modify the above referenced Promissory Note as follows:

1) Maturity date shall be extended from June 27, 2022 to June 27, 2024.

2) Restate Reporting Requirements as more completely described in the Business Loan Agreement of even date herewith.

**PAYMENT. Borrower will pay this loan in full immediately upon Lender's demand. If no demand is made, Borrower will pay this loan in one payment of all outstanding principal plus all accrued unpaid interest on June 27, 2024. In addition, Borrower will pay regular monthly payments of all accrued unpaid interest due as of each payment date, beginning August 27, 2022, with all subsequent interest payments to be due on the same day of each month after that.**

**VARIABLE INTEREST RATE.** The interest rate on this loan is subject to change from time to time based on changes in an independent index which is the U.S. PRIME RATE (the "Index"). The Index is not necessarily the lowest rate charged by Lender on its loans. Lender will tell Borrower the current Index rate upon Borrower's request. The interest rate change will not occur more often than each DAY. Borrower understands that Lender may make loans based on other rates as well. **The Index currently is 4.750% per annum.** Interest on the unpaid principal balance of this loan will be calculated as described in the "INTEREST CALCULATION METHOD" paragraph using a rate of 0.500 percentage points over the Index (the "Margin"), adjusted if necessary for any minimum and maximum rate limitations described below, resulting in an initial rate of 5.250% per annum based on a year of 360 days. If Lender determines, in its sole discretion, that the Index has become unavailable or unreliable, either temporarily, indefinitely, or permanently, during the term of this loan, Lender may amend this loan by designating a substantially similar substitute index. Lender may also amend and adjust the Margin to accompany the substitute index. The change to the Margin may be a positive or negative value, or zero. In making these amendments, Lender may take into consideration any then-prevailing market convention for selecting a substitute index and margin for the specific Index that is unavailable or unreliable. Such an amendment to the terms of this loan will become effective and bind Borrower 10 business days after Lender gives written notice to Borrower without any action or consent of the Borrower. NOTICE: Under no circumstances will the interest rate on this loan be less than 5.000% per annum or more than the maximum rate allowed by applicable law.

**INTEREST CALCULATION METHOD. Interest on this loan is computed on a 365/360 basis; that is, by applying the ratio of the interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this loan is computed using this method.**

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE VARIABLE INTEREST RATE PROVISIONS. BORROWER AGREES TO THE TERMS OF THE AGREEMENT.**

**BORROWER:**

**ART FINANCE FUNDING (IX) LLC**

DocuSigned by:
By: 0938A91C7139494... 7/22/2022 | 2:48 PM PDT
**Andrew Carnegie Rose, Managing Member of Art Finance Funding (IX) LLC**

DocuSign Envelope ID: ACE43844-ADE6-4BBC-9811-AD8EEBF8208C

**LENDER:**

**CENTURY BANK**

X _Frances Lesher_      **7/22/2022 | 3:06 PM PDT**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**Frances Lesher, Senior Vice President**

LaserPro, Ver. 21.4.0.034  Copr. Finastra USA Corporation 1997, 2022.  All Rights Reserved.  - NM  C:\CFIWIN\CFI\LPL\D20C.FC  TR-22211  PR-69