EXHIBIT U

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>MIQUELLA BENAVIDEZ  (505)798-5927 | |
| B. E-MAIL CONTACT AT FILER (optional)<br>MIQUELLA.BENAVIDEZ@MYCENTURYBANK.COM | |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address)<br><br>CENTURY BANK<br>PO BOX 1507<br>SANTA FE, NM  87504<br>US | |

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 12:54 PM 10/06/2021**
**U.C.C. Initial Filing No: 2021 7974554**

**Service Request No:  20213442596**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME<br>ART FINANCE FUNDING (IX), LLC | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>PO BOX 4360 | CITY<br>GREENVILLE | STATE<br>DE | POSTAL CODE<br>19807 | | COUNTRY<br>US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME<br>CENTURY BANK | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>8220 SAN PEDRO NE SUITE 200, NONE, ALBUQUERQUE | CITY<br>ALBUQUERQUE | STATE<br>NM | POSTAL CODE<br>87113 | | COUNTRY<br>US |

4. COLLATERAL: This financing statement covers the following collateral:
All Chattel Paper, Accounts and General Intangibles, including but not limited to an Assignment of Secured Grid Promissory Note, dated July 29, 2021, in the amount of Four Million Dollars and 00/100 ($4,000,000.00), by and between Petrarch LLC d/b/a Electrum, a limited company formed under the laws of the State of New York, with offices at 47 East 66th Street, New York, New York 10065 and Tanis Antiquities, Ltd., a corporation formed under the laws of St Vincent and the Grenadines with an office at Route du Grand-Lancy 6 C.P. 1334, 1211 Geneva, Switzerland  (the "Borrower"), and Art Finance Funding (IX), LLC, a Delaware limited liability company, as well as its assignees or participants (the "Lender") at its office at 41 East 57th Street, Suite 702, New York, New York 10022, or at such other place as the holder hereof may designate in writing, and any and all accessories and additions; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)