

## MODRALL SPERLING

L A W Y E R S

EXHIBIT V

Spencer L. Edelman
Tel: 505.848.1857
Fax: 505.449.2057
spencer.edelman@modrall.com

September 24, 2024

*Via U.S. Mail, Email, and Certified Mail*   REDACTED

Art Finance Funding (IX), LLC
P.O. Box 4360
Greenville, DE  19807

Andrew C. Rose
3801 Centerville Rd.
Wilmington, DE  19807
arose@artfinancepartners.com

Re:   *Notice of Default and Demand for Payment and Demand for Delivery
        of Collateral
        Loan Nos.* REDACTED*7339;* REDACTE*7851;* REDACT*8718;* REDACT*0976;* REDACTE*0992*

Dear Mr. Rose:

This office has been retained by Century Bank ("Lender"), to collect amounts owed by Art Finance Funding (IX) LLC ("Borrower") and guaranteed by Andrew C. Rose ("Guarantor") pursuant to Loan Nos. REDACTE7339; REDACTE7851; REDACTE8718; REDACTI0976; and REDACT0992, as well as the master Business Loan Agreement with Loan No. 3032108 (collectively the "Loans"). **This is an attempt to collect a debt and any information you provide will be used for that purpose.**

Borrower and Guarantor are in default under the Loans.  The Loans are in default because they have matured. Despite being provided notice of the maturity of the Loans, they remain unpaid and are in default.  As of September 23, 2024, the default rate of interest will be imposed on the Loans.

In addition to demanding payment and invoking the default rate of interest, as set forth in detail below, because of the uncured default, Lender has elected its right to demand delivery of the collateral securing the Loans.  The "Collateral" consists of the following: All Chattel Paper, Accounts and General Intangibles, including but not limited to an Assignment of a Note Receivable; Secured Grid Promissory Note dated May 8, 2020, in the amount of $6,000,000 by and between Rose Petal Commodities Inc. and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated July 27, 2020, in the amount of $2,500,000 by and between Adelson Galleries, Inc. and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated November 14, 2023, in the amount of $5,000,000 by and between Adelson Galleries, Inc. and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated October 26, 2020, in the amount of $7,500,000 by and between Viana Art LLC and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated March 2, 2019, in the amount of $3,500,000 by and between Carlton Rochell, Jr. and Borrower along with any related loan documents or modifications Secured Grid

Modrall Sperling
Roehl Harris & Sisk P.A.

500 Fourth Street NW
Suite 1000
Albuquerque,
New Mexico 87102

PO Box 2168
Albuquerque,
New Mexico 87103-2168

Tel: 505.848.1800
www.modrall.com

Page 2

Promissory Note dated March 28, 2021, in the amount of $3,500,000 by and between Carlton Rochell, Jr. and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated November 1, 2023, in the amount of $7,500,000 by and between Carlton Rochell, Jr. and Borrower along with any related loan documents or modifications; Secured Grid Promissory Note dated July 29, 2021, in the amount of $4,000,000 by and between Petrarch LLC d/b/a Electrum and Tanis Antiquities, Ltd. and Borrower along with any related loan documents or modifications.

Demand is made for you to take the following steps with regard to the Collateral:

1. Immediately provide written description of the location all Collateral;
2. Prepare assignment forms, including allonges for any promissory notes and assignments of security interests, for all Collateral;
3. To the extent it is not at one location assemble all Collateral;
4. To the extent there are electronic copies of the Collateral, provide electronic copies to the Lender immediately; and
5. For the physical assets that make up the Collateral, make all Collateral available for Lender to pick up at the assembled location.

These actions must be completed by September 27, 2024.

As of September 23, 2024, the following amounts are immediately due and owing under Loan No. REDACTE7339:

| Principal: | $5,000,000.00 |
|---|---|
| Interest: | $182,222.23 |
| Late Fees: | $255,500.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $4,196.18 |
| Total: | $5,441,963.41 |

Interest at the default rate of 21.00% per annum ($2,916.67 per day), plus late fees as provided by the Loan documents, continue to accrue on this Loan.

As of September 23, 2024, the following amounts are immediately due and owing under Loan No. REDACTE7851:

| Principal: | $2,250,000.00 |
|---|---|
| Interest: | $82,000.00 |
| Late Fees: | $114,975.01 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $204.37 |
| Total: | $2,447,224.38 |

Page 3

Interest at the default rate of 21.00% per annum ($1,312.50 per day), plus late fees as provided by the Loan documents, continue to accrue on this Loan.

As of September 23, 2024, the following amounts are immediately due and owing under Loan No. REDACTED8718:

| Principal: | $6,000,000.00 |
|---|---|
| Interest: | $224,666.67 |
| Late Fees: | $11,400.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $198.13 |
| Total: | $6,236,309.80 |

Interest at the default rate of 21.00% per annum ($3,500.00 per day), plus late fees as provided by the Loan documents, continue to accrue on this Loan.

As of September 23, 2024, the following amounts are immediately due and owing under Loan No. REDACTED0976:

| Principal: | $3,150,000.00 |
|---|---|
| Interest: | $141,575.00 |
| Late Fees: | $161,122.51 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $84.24 |
| Total: | $3,452,826.75 |

Interest at the default rate of 21.00% per annum ($1,837.50 per day), plus late fees as provided by the Loan documents, continue to accrue on this Loan.

As of September 23, 2024, the following amounts are immediately due and owing under Loan No. REDACTED0992:

| Principal: | $3,600,000.00 |
|---|---|
| Interest: | $131,200.00 |
| Late Fees: | $2,835.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $265.73 |
| Total: | $3,734,345.73 |

Interest at the default rate of 21.00% per annum ($2,100.00 per day), plus late fees as provided by the Loan documents, continue to accrue on this Loan.

In addition to interest and late fees, Borrower and Guarantor are responsible for attorneys fees and costs, collateral preservation costs, and other fees that are accruing under the Loans until payment in full is received.

Page 4

While demand for immediate payment is being made pursuant to the Loan documents, Lender expressly reserves all rights available to it, including but not limited to (i) rights under the Uniform Commercial Code; (ii) the right to judicially foreclose collateral; (iii) the right to obtain the appointment of a receiver; and (iv) the right to invoke any and all other remedies permitted by applicable law or provided in any Loan document.

In the event the amount of $21,312,670.07 is not paid on or before September 27, 2024, then Lender may pursue its rights and remedies under the Loans without further notice to you. Please contact me or Robert Bidal at 505.995.1259 or robert.bidal@mycenturybank.com to obtain payment instructions and arrange for the delivery of collateral. I trust you will take immediate action.

**This is the final notice you will receive.**

Please do not hesitate to contact me with any questions.

Sincerely,

Spencer L. Edelman

*Y:\dox\client\83302\0019\CORRES\W5179666.DOCX*