IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CENTURY BANK,

     Plaintiff,

vs.                                    Case No. 1:24-cv-01027-GJF-JHR

ART FINANCE FUNDING (IX), LLC;
ANDREW C. ROSE and
ANN S. COPELAND,

     Defendants.

## **DECLARATION OF SUM CERTAIN DUE**

Lucia Fauver, under penalty of perjury, states as follows:

1. I am an authorized representative of Century Bank, the Plaintiff in the above-entitled cause of action ("Plaintiff"). I am Plaintiff's Senior Vice President and Senior Credit Officer.

2. I have personal knowledge of the facts stated in this Declaration, or I have knowledge of the facts stated in this Declaration based on my review of the records kept and maintained by Plaintiff as part of Plaintiff's regularly conducted business through its regular business practice.

3. Century Bank and Defendant Art Finance Funding (IX), LLC ("Borrower") executed that Business Loan Agreement dated March 27, 2019 ("Business Loan Agreement"), evidencing the terms and conditions of a line of credit of up to $20,000,000.00 from Century Bank to Borrower. A true and accurate copy of the Business Loan Agreement was attached to the Complaint [Doc. 1] in this matter as **Exhibit A**.

4. Pursuant to the Business Loan Agreement, Andrew C. Rose executed a Commercial Guaranty dated March 27, 2019 ("Guaranty"), unconditionally guaranteeing all

debts owed by Borrower to Century Bank. A true and accurate copy of the Guaranty was attached to the Complaint [Doc. 1] in this matter as **Exhibit B**.

5. Beginning on March 27, 2019, and continuing through August 6, 2021, Century Bank made advances to the Borrower pursuant to the terms of the Business Loan Agreement. These advances were evidenced by Promissory Notes executed by Borrower and delivered to Plaintiff (the "Notes"). The Notes were described in the Complaint [Doc. 1] accurately, and true and accurate copies of the Notes were attached to the Complaint [Doc. 1] as **Exhibits F, G, J, M, P,** and **S.**

6. Plaintiff is the holder of all of the Notes.

7. Borrower has failed to repay the Notes when due.

8. Despite demand, Defendant Andrew C. Rose has failed to pay the amounts owed under the Guaranty.

9. At the time the Guaranty was executed and at all subsequent times, Defendant Ann S. Copeland was married to Defendant Andrew C. Rose.

10. Excluding attorneys fees expended in this matter, as of February 11, 2025, Borrower and Defendant Andrew C. Rose owed the total of $23,283,861.70 to Plaintiff, consisting of the following:

    a. The following amounts are immediately due and owing under the May 2020 Note:

| | |
|---|---|
| Principal: | $5,000,000.00 |
| Interest: | $740,416.67 |
| Late Fees: | $255,500.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $10,100.23 |
| Total: | $6,006,061.90 |

Interest at the default rate of 21.00% per annum ($2,916.67 per day), plus late fees and other charges, continue to accrue under the May 2020 Note after February 11, 2025.

b. The following amounts are immediately due and owing under the August 2020 Note:

| | |
|---|---|
| Principal: | $2,250,000.00 |
| Interest: | $270,250.50 |
| Late Fees: | $114,975.01 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $204.37 |
| Total: | $2,635,474.88 |

Interest at the default rate of 21.00% per annum ($1,312.50 per day), plus late fees and other charges, continue to accrue under the August 2020 Note after February 11, 2025.

c. The following amounts are immediately due and owing under the November 2020 Note:

| | |
|---|---|
| Principal: | $6,000,000.00 |
| Interest: | $894,500.00 |
| Late Fees: | $11,400.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $198.13 |
| Total: | $6,906,143.13 |

Interest at the default rate of 21.00% per annum ($3,500.00 per day), plus late fees and other charged, continue to accrue under the November 2020 Note after February 11, 2025.

d. The following amounts are immediately due and owing under the August 2021 Note:

| | |
|---|---|
| Principal: | $3,150,000.00 |
| Interest: | $288,684.38 |
| Late Fees: | $161,122.51 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $84.24 |
| Total: | $3,599,936.13 |

Interest at the default rate of 21.00% per annum ($1,837.50 per day), plus late fees and other charged, continue to accrue under the August 2021 Note after February 11, 2025.

e. The following amounts are immediately due and owing under the Second August 2021 Note:

| | |
|---|---|
| Principal: | $3,600,000.00 |
| Interest: | $533,100.00 |
| Late Fees: | $2,835.00 |
| Release of UCC Fee: | $20.00 |
| Payoff Quote Fee: | $25.00 |
| Other Charges: | $265.73 |
| Total: | $4,136,245.73 |

Interest at the default rate of 21.00% per annum ($2,100.00 per day), plus late fees and other charged, continue to accrue under the Second August 2021 Note after February 11, 2025.

11. In addition to these amounts, Plaintiff has paid $11,184.17 in legal fees incurred through December 31, 2024, in collection of the amounts owed to Plaintiff.

In accordance with 28 U.S.C. § 1726, I verify under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2025    CENTURY BANK

By: _____

Lucia Fauver

Its:    Senior Vice President and Senior Credit Officer