IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CENTURY BANK,

      Plaintiff,

vs.                                          Case No. 1:24-cv-01027-MLG-JHR

ART FINANCE FUNDING (IX), LLC;
ANDREW C. ROSE and
ANN S. COPELAND,

      Defendants.

## DEFAULT JUDGMENT FOR DEBT AND MONEY OWED

THIS MATTER having come before the Court on Plaintiff Century Bank's ("Century Bank's") Motion for Default Judgment [Doc. 13] ("Motion") and the Proposed Findings and Recommended Disposition to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment [Doc. 21] ("Recommended Disposition"). The Court having reviewed the Motion, the Recommended Disposition, and the record in this case, and being otherwise informed in the premises FINDS that the Recommended Disposition, including the findings of fact and conclusions of law set forth therein, should be adopted as the findings and conclusions of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

A. Plaintiff is awarded judgment against Defendants Art Finance Funding (IX), LLC and Andrew C. Rose, jointly and severally, in the total amount of $21,645,100.00, as of February 11, 2025, plus prejudgment interest at the rate of $11,666.67 per day from February 11, 2025 to the date of this judgment, plus interest at the rate calculated pursuant to 28 U.S.C. § 1961(a).

B.  Plaintiff may submit a request for attorneys' fees and costs under Local Rule 54.5.


_____
HONORABLE MATTHEW L. GARCIA
DISTRICT COURT JUDGE


**Submitted by:**

MODRALL, SPERLING, ROEHL,
   HARRIS & SISK, P.A.

By: */s/ Spencer L. Edelman*
Spencer L. Edelman
Joshua B. Hirsch
PO Box 2168
Albuquerque, NM  87103-2168
Telephone: 505.848.1800
*Attorneys for Plaintiff*


*W5407292.DOCX*