**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

—————————————————

CENTURY BANK,

      Plaintiff,

v.                                       Case No. 1:24-cv-01027-MLG-JHR

ART FINANCE FUNDING (IX), LLC,
ANDREW C. ROSE, and
ANN S. COPELAND,

      Defendants.

## FINAL DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Adopting Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition filed on August 5, 2025, Doc. 23, the Court issues its separate judgment finally disposing of this civil case. It is ordered as follows:

1. Default judgment has been entered against Defendants Art Finance Funding (IX) LLC and Andrew C. Rose, jointly and severally, for $21,645,100.00 in compensatory damages, with a prejudgment interest rate of $11,666.67 per day from February 11, 2025, until August 8, 2025, and post-judgment interest rate calculated pursuant to 28 U.S.C. § 1961(a). Doc. 23.

2. All remaining declaratory claims against the marital property of Andrew C. Rose and Ann S. Copeland, Doc. 1 ¶¶ 60-62, are dismissed without prejudice, with the result that no claims remain pending as to any party.

1

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA