**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CENTURY BANK,

     Plaintiff,

v.                                                                                    Case No. 1:24-cv-01027-MLG-JHR

ART FINANCE FUNDING (IX), LLC,
ANDREW C. ROSE, and
ANN S. COPELAND,

     Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION GRANTING IN PART PLAINTIFF CENTURY
BANK'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

On November 26, 2025, the Court—pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (b)(3), Federal Rule of Civil Procedure 54(d)(2)(D), and *Quint v. Vail Resorts, Inc.*, 89 F.4th 803, 807-09 (10th Cir. 2023)—referred Plaintiff Century Bank's Application for Award of Attorneys' Fees and Costs, Doc. 24, to U.S. Magistrate Judge Jerry H. Ritter for review. *See* Doc. 27. Judge Ritter filed a Proposed Findings and Recommended Disposition ("PFRD") on February 3, 2026, recommending the Court grant in part Century Bank's application and award $21,415.40 in attorneys' fees and costs against Defendants Art Finance Funding (IX), LLC and Andrew C. Rose. Doc. 31 at 1. The PFRD notified the parties of their ability to file written objections within fourteen days and that failure to do so waived appellate review. *Id.* at 5 (citing § 636(b)(1)). As of the date of the entry of this Order, no objections have been filed by either party. The Court finds no reason either in law or fact to depart from Judge Ritter's recommendations and will adopt the conclusions memorialized in the PFRD. Doc. 31.

It is therefore ordered as follows:

1

1. Judge Ritter's Proposed Findings and Recommended Disposition, Doc. 31, is adopted;

2. Century Bank's Application for Award of Attorneys' Fees and Costs, Doc. 24, is granted in part.

3. Century Bank is awarded $21,415.30 in attorneys' fees, costs, and taxes against Defendants Art Finance Funding (IX), LLC and Andrew C. Rose, jointly and severally.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA